UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
|  | ) | CASE NO. 24-12428 |
|  | ) |  |
| JEAN HAMEL JEROME, | ) |  |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned counsel appears for the Debtor JEAN

HAMEL JEROME pursuant to Fed. R. Bank. P. 9010 and MLBR 9010.


Respectfully submitted,

The Debtor,
 Jean Hamel Jerome

By his attorney,

/s/ Cynthia R. Ravosa
Cynthia R. Ravosa, Esquire
Ravosa Law Offices, PC
One South Avenue
Natick, MA 01760
(508)-655-3013
(617) 720-1104 (fax)
BBO No. 696996

Dated: March 11, 2025                massachusettsbankruptcycenter@gmail.com