UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12428 |
| JEAN HARMEL JEROME, ) | |
| ) | Chapter 13 |
| ) | |
| Debtor ) | |

# DEBTOR'S WITHDRAWAL OF OPPOSITION TO MOTION FOR RELIEF

To the Honorable Christopher J. Panos, U.S. Bankruptcy Judge:

Now comes the Debtor Jean Harmel Jerome, ("Debtor"), and hereby withdraw her Opposition to the Motion for Relief from Automatic Stay brought by Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2 and/or its successors and assigns, (Doc. No. 101) which is scheduled for hearing on December 16, 2025.

Respectfully submitted,

The Debtor,
Jean Harmel Jerome,

By his attorney

/s/ Cynthia R. Ravosa
Cynthia R. Ravosa, Esquire
Ravosa Law Offices, P.C
One South Avenue
Natick, MA 01760
(508)-655-3013
(617) 720-1104 (fax)
BBO No. 696996
massachusettsbankruptcycenter@gmail.com

Dated: December 15, 2025

## **CERTIFICATE OF SERVICE**

I, Cynthia R. Ravosa, Esq., counsel for the Debtor Jean Harmel Jerome hereby certify that on this 15th day of December, 2025, I served the foregoing *WITHDRAWAL OF OPPOSITION TO MOTION FOR RELIEF* by causing a true copy thereof to be delivered as follows.

**Notice will be electronically mailed to:**

Carolyn Bankowski-13-12
13trustee@ch13boston.com

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV

Marcus Pratt on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2
bankruptcy@kordeassociates.com

Cynthia Ravosa on behalf of Debtor Jean Harmel Jerome
massachusettsbankruptcycenter@gmail.com, MassachusettsBankruptcyCenter@jubileebk.net

Linda St. Pierre on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2
bankruptcyecfmail@mccalla.com, mccallaecf@ecf.courtdrive.com

Dated: December 15, 2025

/s/ Cynthia R. Ravosa
CYNTHIA R. RAVOSA